No. 11–8326. PURCELL *v.* UNION PACIFIC RAILROAD. C. A. 8th Cir. Certiorari denied.

No. 11–8328. FARWELL *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 11–8353. WITASICK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–8373. LYONS *v.* MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 11–8382. MCGHEE *v.* UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–8391. STARKEY *v.* CAMERON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT CRESSON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–8405. BIRDETTE *v.* DAL GLOBAL SERVICES, LLC. C. A. 11th Cir. Certiorari denied.

No. 11–8408. ARNETT *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 11–8419. CRAMER *v.* UTAH. C. A. 10th Cir. Certiorari denied.

No. 11–8420. CLARK *v.* WARREN, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–8422. CARVER *v.* MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 11–8444. PABST *v.* MCKUNE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–8455. SEKA *v.* MCDANIEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–8479. LAWLER *v.* HORNE, ATTORNEY GENERAL OF ARIZONA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–8559. LINLEY *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 11–8569. JOHNSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.